# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: 3052015038727
Local Registration Number: 3201519008603

### Decedent's Personal Data
- **1. Name of Decedent – First (Given):** MICHAEL
- **2. Middle:** -
- **3. Last (Family):** SOARES
- **AKA:** LEROY GENARO VARNEDOE
- **4. Date of Birth:** 09/29/1979
- **5. Age Yrs:** 35
- **6. Sex:** M
- **9. Birth State/Foreign Country:** CA
- **10. Social Security Number:** 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
- **11. Ever in U.S. Armed Forces?:** NO
- **12. Marital Status:** NEVER MARRIED
- **7. Date of Death:** 02/06/2015
- **8. Hour (24 Hours):** 0006
- **13. Education – Highest Level/Degree:** GED
- **14/15. Was Decedent Hispanic/Latino(a)/Spanish?:** NO
- **16. Decedent's Race:** AFRICAN AMERICAN
- **17. Usual Occupation:** NEVER WORKED
- **18. Kind of Business or Industry:** -
- **19. Years in Occupation:** 0

### Usual Residence
- **20. Decedent's Residence:** 1254 W. 91ST STREET APT C
- **21. City:** LOS ANGELES
- **22. County/Province:** LOS ANGELES
- **23. Zip Code:** 90044
- **24. Years in County:** 0
- **25. State/Foreign Country:** CA

### Informant
- **26. Informant's Name, Relationship:** DAWN SOARES, MOTHER
- **27. Informant's Mailing Address:** 1254 W. 91ST STREET APT C, LOS ANGELES, CA 90044

### Spouse/SRDP and Parent Information
- **28. Name of Surviving Spouse/SRDP – First:** -
- **29. Middle:** -
- **30. Last (Birth Name):** -
- **31. Name of Father/Parent – First:** UNKNOWN
- **32. Middle:** UNKNOWN
- **33. Last:** UNKNOWN
- **34. Birth State:** UNKNOWN
- **35. Name of Mother/Parent – First:** DAWN
- **36. Middle:** -
- **37. Last (Birth Name):** MCMAHAN
- **38. Birth State:** CA

(Stamped: 1 of 2)

### Funeral Director / Local Registrar
- **39. Disposition Date:** 02/26/2015
- **40. Place of Final Disposition:** RES. DAWN SOARES, 1254 W. 91ST STREET APT C, LOS ANGELES, CA 90044
- **41. Type of Disposition(s):** CR/RES
- **42. Signature of Embalmer:** NOT EMBALMED
- **43. License Number:** -
- **44. Name of Funeral Establishment:** ETERNAL VALLEY MEMORIAL PARK MORTUARY
- **45. License Number:** FD1163
- **46. Signature of Local Registrar:** JEFFREY GUNZENHAUSER, MD
- **47. Date:** 02/25/2015

### Place of Death
- **101. Place of Death:** RESIDENCE
- **103. If Other Than Hospital, Specify One:** Decedent's Home
- **104. County:** LOS ANGELES
- **105. Facility Address or Location Where Found:** 45335 GADSEN AVENUE
- **106. City:** LANCASTER

### Cause of Death
- **107. Cause of Death:**
  - (A) Immediate Cause: DEFERRED
  - (B): -
  - (C): -
  - (D): -
- **108. Death Reported to Coroner?:** YES — Referral Number: 2015-00969
- **109. Biopsy Performed?:** NO
- **110. Autopsy Performed?:** YES
- **111. Used in Determining Cause?:** YES
- **112. Other Significant Conditions Contributing to Death:** NONE
- **113. Was Operation Performed for Any Condition in Item 107 or 112?:** NO
- **113A. If Female, Pregnant in Last Year?:** -

### Coroner's Use Only
- Manner of Death: Pending Investigation
- **120. Injured at Work?:** -
- **126. Type Name, Title of Coroner / Deputy Coroner:** REGINA AUGUSTINE, DEP. CORONER
- **127. Date:** 02/20/2015

Barcode: *010001002856871*

---

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan* (signature)
**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

JAN 25 2017

1000001436611

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**



**CERTIFICATION OF VITAL RECORD**

# COUNTY OF LOS ANGELES
## REGISTRAR-RECORDER/COUNTY CLERK

**PHYSICIAN/CORONER'S AMENDMENT**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

STATE FILE NUMBER: 3052015038727
LOCAL REGISTRATION NUMBER: 3201519008603

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| MICHAEL | - | SOARES | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 02/06/2015 | LANCASTER | LOS ANGELES |

### PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | DEFERRED | THERMAL INJURIES |
| 107AT | - | RAPID |
| 112 | NONE | INHALATION OF PRODUCTS OF COMBUSTION, EFFECTS OF METHAMPHETAMINE |
| 119 | PENDING INVESTIGATION | ACCIDENT |
| 120 | | NO |
| 121 | | UNK |
| 122 | | UNK |
| 123 | | HOME |
| 124 | | RESIDENTIAL FIRE, EFFECTS OF METHAMPHETAMINE |
| 125 | | 45335 GADSDEN AVENUE, LANCASTER, CA 93534 |

2 of 2

### DECLARATION OF CERTIFYING PHYSICIAN OR CORONER

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ JEFFREY P GUTSTADT MD | 05/13/2015 | DME |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 1104 NORTH MISSION ROAD | LOS ANGELES | CA | 90033 |

### STATE/LOCAL REGISTRAR USE ONLY

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ STATE REGISTRAR - OFFICE OF VITAL RECORDS | 05/13/2015 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS
*020101002939164*
FORM VS 24Ae (REV. 1/08)
1.1

CAL0SANG02

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*
**DEAN C. LOGAN**
Registrar-Recorder/County Clerk

JAN 25 2017



1000001436612

This copy is not valid unless prepared on an engraved border displaying the seal and signature of the Registrar-Recorder/County Clerk.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**