1 | HAROLD G. BECKS, State Bar No. 59126
hbecks@beckslaw.com
2 | DOUGLAS L. DAY, State Bar No. 92581
dougday@beckslaw.com
3 | HAROLD G. BECKS & ASSOCIATES
3250 Wilshire Boulevard Suite 708
4 | Los Angeles, California 90010
Telephone: (213) 385-9852
5 | Fax: (213) 385-1370

6 | Attorneys for Defendants
COUNTY OF LOS ANGELES; SHERIFF JIM MCDONNELL; COMMANDER
7 | PATRICK MAXWELL; CAPTAIN JACK EWELL; SERGEANT SEAN BURKE;
DEPUTY ANTHONY GEISBAEUER; DEPUTY JUAN RODRIGUEZ; DEPUTY
8 | EDSON SALAZAR; DEPUTY DONALD MCNAMARA; DEPUTY STEVEN
PRATT; DEPUTY IAN STADE; DEPUTY DANIEL WELLE; AND DEPUTY
9 | JAMES WHEELER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SOARES, TIFFANY SOARES, ALISSA VARNEDOE, JAYDA MACCASKIE AS MOTHER AND NATURAL GUARDIAN FOR MINOR CHILDREN "J.V." AND "S.V.", CHILDREN OF DECEDENT, AND SUCCESSORS OF INTEREST, HEIRS.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, SHERIFF JIM McDONNELL, CAPTAIN JACK EWELL, SERGEANT SEAN BURKE, DEPUTY ANTHONY GEISBAUER, DEPUTY JUAN RODRIGUEZ, DEPUTY EDSON SALAZAR, DEPUTY DONALD MCNAMARA, DEPUTY STEVEN PRATT, DEPUTY IAN STADE, DEPUTY DANIEL WELLE, DEPUTY WHEELER; and DOES 1 - 10,<br><br>Defendants. | **CASE NO.:  2:17-cv-00924 RGK-AS**<br><br>**Assigned to Hon. R. Gary Klausner**<br><br>**DECLARATION OF DOUGLAS L. DAY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFFS' *MONELL* CLAIM**<br><br>[Filed Concurrently with Defendants Notice of Motion and Motion for Summary Judgment, Statement Of Uncontroverted Facts; (Proposed) Order)<br><br>DATE:  April 16, 2018<br>TIME:   9:00 a.m.<br>CTRM:  850, 8th Floor |

1

**DECLARATION OF DOUGLAS L. DAY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFFS' *MONELL* CLAIM**

## DECLARATION OF DOUGLAS L. DAY

1. I am an attorney at law duly licensed and entitled to practice in the State of California, and have been admitted to practice before this United District Court for the Central District of California since 1980, as well as before the Southern, Northern and Eastern Districts of California, the Ninth Circuit Court of Appeal, and the United States Supreme Court. I am an associate in the Law Offices of Harold G. Becks & Associates and am one of the attorneys with primary responsibility for the handling of this case on behalf of the Defendants herein. In that capacity, I am personally familiar with the facts set forth herein and if called as a witness in this case, I could and would competently testify hereto.

2. Attached hereto as and marked as Exhibit "A" is a true and correct copy of Defendant Sheriff Jim McDonnell's Special Interrogatories to Plaintiff, Alissa Varnedoe – Set One.

3. Attached hereto as and marked as Exhibit "B" is a true and correct copy A true and correct copy of Plaintiff Alissa Varnedoe's Responses to Defendant Sheriff Jim McDonnell's Special Interrogatories – Set One.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 14, 2018 at Los Angeles, California.

/s/ Douglas L. Day
Douglas L. Day

2

**DECLARATION OF DOUGLAS L. DAY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFFS'** *MONELL* **CLAIM**

# PROOF OF SERVICE

*Soares v. County of Los Angeles, et al.*
USDC Case No.: 2:17-cv-00924

I am employed in the City of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 3250 Wilshire Boulevard, Suite 708, Los Angeles, California 90010.

On **March 14, 2018,** I served the foregoing document described as: **DECLARATION OF DOUGLAS L. DAY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFFS' *MONELL* CLAIM,** to all interested parties in this action by a true and accurate copy thereof, enclosed in sealed envelopes, addressed as follows:

Tristan G. Pelayes, Esq.
Armanda J. Parker, Esq.
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel: (951) 686-4800
Fax: (951) 686-4081

*Attorney for Plaintiffs*

[X] **BY ELECTRONIC E-FILING:** (IN COMPLIANCE WITH L.R.5-3-2.1) on **March 14, 2018**, at my place of business.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 14, 2018,** at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Sara Justice
　　　　　　　　　　　　　　　　　　Sara Justice

**DECLARATION OF DOUGLAS L. DAY IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT ON PLAINTIFFS' *MONELL* CLAIM**