Tristan G. Pelayes, Esq. (SBN: 206696)
Jacob P. Menicucci, Esq. (SBN: 305237)
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA  92507
Telephone:  (951) 686-4800
Fax:            (951) 686-4801
tgp@wagner-pelayes.com
jpm@wagner-pelayes.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SOARES, TIFFANY SOARES, ALISSA VARNEDOE, JAYDA MACCASKIE AS MOTHER AND NATURAL GUARDIAN FOR MINOR CHILDREN "J.V." AND "S.V.," CHILDREN OF DECEDENT, AND SUCCESSORS OF INTEREST, HEIRS.<br><br>                    Plaintiffs,<br>vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF JIM MCDONNELL, CAPTAIN JACK EWELL, SERGEANT SEAN BURKE, DEPUTY ANTHONY GEISBAUER, DEPUTY JUAN RODRIQUEZ, DEPUTY EDSON SALAZAR, DEPUTY DONALD MCNAMARA, DEPUTY STEVEN PRATT, DEPUTY IAN STADE, DEPUTY DANIEL WELLE, DEPUTY WHEELER, COMMANDER PATRICK MAXWELL, and DOES 1-10<br><br>                    Defendants. | CASE NO: 2:17-cv-00924-RGK-AS<br><br>*Honorable R. Gary Klausner*<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>**Pre-Trial Conference**<br>**Date:**     May 14, 2018<br>**Time:**     9:00 a.m.<br>**Crtrm:**    850<br><br>**Trial by Jury**<br>**Date:**     May 29, 2018<br>**Time:**     9:00 a.m.<br>**Crtrm**:    850 |

1

---
NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER

TO THE HONORABLE R. GARY KLAUSNER, United States District Judge:

PLEASE TAKE NOTICE THAT plaintiffs hereby lodge their [Proposed] Final PreTrial Conference Order.

Dated: May 3, 2018                              WAGNER & PELAYES, LLP

                                                   */s/ TRISTAN G. PELAYES*
                                                   TRISTAN G. PELAYES, ESQ.
                                                   JACOB P. MENICUCCI, ESQ.
                                                   Attorneys for Plaintiffs

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF RIVERSIDE )

I, the undersigned, declare:

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to this action; my business address is 1325 Spruce Street, Suite 200, Riverside, California 92507.

On the date written below, I served the document named below on the parties indicated below, in the following manner:
and caused said document(s) to be delivered in this manner.

☒ **(CM/ECF)** I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court Central District of California by using the court's CM/ECF system on the date written above. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

**DOCUMENT:**      **NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**

**PARTIES SERVED:**

Harold G. Becks, Esq.                     *Attorneys for Defendants*
Douglas L. Day, Esq.
Ronald S. Housman, Esq.
HAROLD G. BECKS & ASSOCIATES
3250 Wilshire Blvd., Suite 708
Los Angeles, California 90010
Telephone: (213) 385-9852     Fax No.    (213) 385-1370
hbecks@beckslaw.com
dougday@beckslaw.com
rhousman@beckslaw.com

☒ **(FEDERAL)** I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 3, 2018 at Riverside, California.

                                         */s/ YOLANDA SERRANO*
                                         Yolanda Serrano, Declarant

___
NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER