Dennis E. Wagner, Esq. (SBN: 99190)
Tristan G. Pelayes, Esq. (SBN: 206696)
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA  92507
Telephone:  (951) 686-4800
Fax:            (951) 686-4801
dew@wagner-pelayes.com
tgp@wagner-pelayes.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SOARES, TIFFANY SOARES, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF JIM MCDONNELL, et al.,<br><br>    Defendants. | CASE NO: 2:17-cv-00924-AS<br><br>[~~PROPOSED~~] ORDER RE: UNOPPOSED AMENDED MOTION FOR APPROVAL OF MINOR'S COMPROMISE OF J.V. AND S.V.<br><br>DATE:  May 7, 2019<br>TIME:  10:00 a.m.<br>DEPT:  540 |

The Court, having considered Movant Jayda MacCaskie's Motion for Approval of Compromises of Minors J.V. and S.V., GRANTS the motion and makes the following orders:

1. The settlement of this action against the Defendants in the sum of $1,250,000.00 is hereby approved.  The settlement funds are to be distributed as provided herein.

1

2. Defendant County of Los Angeles, through counsel, shall prepare and deliver drafts for the partial settlement proceeds, no later than ten (10) days from the date of this Order, payable as follows:

   (a) A draft in the amount of $144,304.78 shall be made payable to MetLife Assignment Company, Inc., as Assignee for the benefit of minor J.V. The Periodic Payments will be made in accordance with Exhibit "1" to the declaration of Jayda MacCaskie in support of the unopposed motion for approval of minor's compromise, which outlines the future periodic payments;

   (b) A draft in the amount of $144,304.78 shall be made payable to MetLife Assignment Company, Inc., as Assignee for the benefit of minor S.V., will provide for Periodic Payments to be made by Metropolitan Tower Life Insurance Company, rated A+ XV by A.M. Best Company.  The Periodic Payments will be made in accordance with Exhibit "2" to the declaration of Jayda MacCaskie in support of the unopposed motion for approval of minor's compromise, which outlines the future periodic payments.

   (c) The Assignee shall have the right to fund its liability to make periodic payments to J.V. and S.V. by purchasing the annuity policies from Metropolitan Tower Life Insurance Company, rated A+ XV, as determined by A.M. Best Company and to enter into a qualified assignment which Assignee shall then be responsible for the payments outlined to the beneficiaries in subparagraphs (a) and (b) above;

   (d) $128,058.44 shall be made payable to Wagner & Pelayes, LLP representing the minor plaintiffs' total share of attorneys' fees and costs.

[PROPOSED] ORDER RE: UNOPPOSED AMENDED MOTION FOR APPROVAL
OF MINOR'S COMPROMISE OF J.V. AND S.V.

The Court directs the Assignee to purchase the annuity contracts on behalf of minors with the Guardian ad Litem, and/or minors upon the age of majority, who will advise the Annuity payor of their current information for receipt of payouts. Counsel shall file a notice of funding with the court upon payment/purchase of the annuity.

DATED: May 7, 2019

                                   _____/ s /_____
                                   HONORABLE ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: UNOPPOSED AMENDED MOTION FOR APPROVAL
OF MINOR'S COMPROMISE OF J.V. AND S.V.