**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN SOARES, TIFFANY SOARES, ALISSA VARNEDOE, JAYDA MACCASKIE AS MOTHER AND NATURAL GUARDIAN FOR MINOR CHILDREN "J.V." AND "S.V.," CHILDREN OF DECEDENT, AND SUCCESSORS OF INTEREST, HEIRS,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, SHERIFF JIM MCDONNELL, CAPTAIN JACK EWELL, SERGEANT SEAN BURKE, DEPUTY ANTHONY GEISBAUER, DEPUTY JUAN RODRIQUEZ, DEPUTY EDSON SALAZAR, DEPUTY DONALD MCNAMARA, DEPUTY STEVEN PRATT, DEPUTY IAN STADE, DEPUTY DANIEL WELLE, DEPUTY WHEELER, COMMANDER PATRICK MAXWELL, and DOES 1-10,<br><br>Defendants. | CASE NO: 2:17-cv-00924-AS<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED DISMISSAL PURSUANT TO FED.R.CIV.P. RULE 41 (a)(1) |

Having reviewed the parties' stipulation in this matter, and for good cause, it is hereby ORDERED, ADJUDGED AND DECREED:

/ /

/ /

1

That pursuant to Fed.R.Civ.P.Rule 41(a)(1), this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

DATED: June 6, 2019

_____/ s /_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE